# Court of Appeals
# of the State of Georgia

ATLANTA,  April 09, 2024

*The Court of Appeals hereby passes the following order:*

**A24A1130. 1ST IMPRESSION CLEANING SERVICE KND, LLC v. APRIL TRAWICK.**

In this action for workplace sexual harassment and related claims, the trial court entered a final judgment in favor of the plaintiff and against defendant 1st Impression Cleaning Service KND, LLC. Sharon Deveraux, who appears to be 1st Impression's registered agent — and who is not a party to these proceedings — then filed a notice of appeal on behalf of 1st Impression.

A limited liability company must be "represented by an attorney to bring an appeal in this court." *Winzer v. EHCA Dunwoody*, 277 Ga. App. 710, 714 (3) (627 SE2d 426) (2006); accord *Odion v. Avesis, Inc.*, 327 Ga. App. 443, 445 (2) (759 SE2d 538) (2014); see also *Eckles v. Atlanta Technology Group*, 267 Ga. 801, 805 (2) (485 SE2d 22) (1997) ("In this state, only a licensed attorney is authorized to represent a corporation in a proceeding in a court of record . . . ."). The record contains no indication that Deveraux is an attorney. She therefore cannot represent 1st Impression, a limited liability company. Consequently, this appeal is hereby DISMISSED. See *Odion*, 327 Ga. App. at 445 (2); *Winzer*, 277 Ga. App. at 714 (3);

see also generally *Aniebue v. Jaguar Credit Corp.*, 308 Ga. App. 1, 1, n. 1 (708 SE2d 4)

(2011) (a non-attorney may not file an appeal on behalf of another party).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/09/2024

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*